**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1329**

———————

JOHN PAUL TURNER,

                              Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA; COMMONWEALTH OF
VIRGINIA,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-98-35-R)

———————

Submitted:  May 28, 1998            Decided:  June 10, 1998

———————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Paul Turner, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Paul Turner appeals the district court's orders dismissing this action without prejudice for failure to comply with a pre-filing injunction or to pay the filing fee and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Turner v. United States</u>, No. CA-98-35-R (W.D. Va. Jan. 14, and Feb. 18, 1998). We deny leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>